NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCED VIDEO TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

**v.**

**HTC CORPORATION, HTC AMERICA, INC., BLACKBERRY LTD, BLACKBERRY CORPORATION, MOTOROLA MOBILITY, LLC, AKA MOTOROLA MOBILITY, INC.,**
*Defendants-Appellees*

---

2016-1476, 2016-1514, 2016-1515

---

Appeals from the United States District Court for the Southern District of New York in Nos. 1:11-cv-06604-CM-RLE, 1:11-cv-08908-CM-RLE, 1:12-cv-00918-CM-RLE, Judge Colleen McMahon.

---

## JUDGMENT

---

ROBERT WILLIAM MORRIS, Eckert Seamans Cherin & Mellott, LLC, White Plains, NY, argued for plaintiff-appellant. Also represented by OJEIKU CHRISTOPHER AISIKU, THOMAS MARTIN SMITH.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for all defendants-appellees. Defendants-appellees HTC Corporation, HTC America, Inc., also represented by KYLE DAKAI CHEN, MARK R. WEINSTEIN.

JEFFRI A. KAMINSKI, Venable LLP, Washington, DC, for defendants-appellees Blackberry LTD, Blackberry Corporation. Also represented by WILLIAM DEAN COSTON; CHRISTOPHER T. LA TESTA, Baltimore, MD.

FREDERICK LEE WHITMER, Kilpatrick Townsend & Stockton LLP, New York, NY, for defendant-appellee Motorola Mobility, LLC. Also represented by AKARSH BELAGODU, Washington, DC; DAVID CLAY HOLLOWAY, Atlanta, GA; STEVEN MOORE, San Francisco, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  February 27, 2017  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |